UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANELYS HERNANDEZ, On Behalf of herself
and all others similarly situated,

                              Plaintiff,                      23-CV-3527 (PAE) (KHP)

                -against-                                    **ORDER**

MORNING LAVENDER, LLC,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On June 1, 2023, Plaintiff wrote to the Court on Defendants' behalf requesting an extension in Defendant's Answer deadline and informing the Court that the parties would discuss alternative resolution of the case. (ECF No. 8.) On June 2, 2023, the Court granted the request and gave Defendant an answer deadline of June 30, 2023. (ECF No. 9.) No Answer was filed by the deadline, and Defendant has not entered an appearance.

In light of the Defendant's having yet to make an appearance, the Initial Case Management Conference in this matter scheduled for **Monday, July 17, 2023 at 10:15 a.m.** is adjourned sine die. **By July 19, 2023**, Plaintiff shall write to the Court with an update on Plaintiff's discussion with Defendant.

      **Plaintiff is directed to serve this order on the Defendant.**

      **SO ORDERED.**

DATED:      New York, New York
                   July 14, 2023

                                                     */s/ Katharine H. Parker*
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023